# United States Court of Appeals
## For the First Circuit

---

No. 19-2204

UNITED STATES OF AMERICA,

Appellee,

v.

FLORES-GONZÁLEZ,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court, issued May 16, 2022, is amended as follows:

On page 29, footnote 16, lines 7-8, change "are specifically" to "are not specifically"